PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Joseph Montwaid                                   Cr.: 13-00586-001
                                                                    PACTS #: 67858

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/06/2015

Original Offense: 29:186D.F; PENALTIES FOR VIOLATIONS

Original Sentence: 12 months probation

Special Conditions: Special Assessment, Restitution-Money, No New Debt/Credit, Self Employment and/or Business Disclosure

Type of Supervision: Probation                    Date Supervision Commenced: 08/06/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender will be unable to pay the full balance of the court imposed restitution of $57,225.49 prior to his expiration date of August 5, 2016. |

Prob 12A – page 2
Joseph Montwaid

**U.S. Probation Officer Action:**
The offender has made a good faith effort to remit his monthly restitution payments. He has satisfied the $100 special assessment and has paid a total of $4,670.51 towards his restitution as of this date.

*We recommend that he be allowed to expire from supervised release as scheduled on August 5, 2016.*

Respectfully submitted,

*Julie Chowdhury*

By: Julie Chowdhury
U.S. Probation Officer
Date: 07/14/2016

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other: Offender will be discharged from supervision as scheduled on August 5, 2016. He will continue to make monthly payments towards her restitution via the Financial Litigation Unit.

Signature of Judicial Officer
Esther Salas, U.S.D.J.
July 18, 2016
Date